UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DIHN TRAN, | ) | **JUDGMENT** |
|     Plaintiff, | ) | |
| | ) | No.  5:10-CV-431-H |
| v. | ) |        5:11-CV-114-H |
| | ) | |
| COTY, INC., | ) | |
|     Defendant. | ) | |

**Decision by Court.**
**These cases came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of the motions to dismiss filed by the defendant.**

**IT IS ORDERED, ADJUDGED AND DECREED defendant's motions to dismiss are granted and these matters are dismissed in their entirety.  Plaintiff shall have and recover nothing of the defendant and the cases are closed.**

This Judgment Filed and Entered on Tuesday, December 13, 2011 with service on:

Kevin Scott Joyner ( via cm-ecf Notice of Electronic Filing)
Dinh Tran ( via US Mail), 1208 Red Oak Drive, Sanford, NC 27330

Date: December 13, 2011

                                                                                                       DENNIS P. IAVARONE, CLERK
                                                                                                       /s/ Delsia Heath
                                                                                                       (By): Delsia Heath, Deputy Clerk